

*VIA ELECTRONIC FILING SYSTEM and FIRST CLASS MAIL*

July 17, 2019

Hon. Sharon Johnson Coleman, U.S.D.J.
United States District Court
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

      Re:    **Thomas Spencer, et al v. First Student Management, Inc. et al**
             **Docket No.:  15-cv-9069**

Dear Judge Coleman:

    This office represents Plaintiffs in the above captioned collective action.

    Attached is a revised **Exhibit A to Settlement Agreement**, which includes 15 Plaintiffs that were excluded on the original list submitted with the Motion to Approve Settlement. All of the 15 additional Plaintiffs joined the lawsuit prior to settlement and their Consent to Join forms are on the case docket e-filed on June 20, 2018.

    Also attached is **Proposed Form of Order for Dismissal** as to 15 Plaintiffs (that we were unable to reach to obtain required documents) to substitute for the additional Plaintiffs so the amounts of the settlement agreement are not to be changed.

    We are respectfully requesting, with the consent of opposing counsel, that Your Honor "So Order" such that 15 Plaintiffs listed on the revised Exhibit A to the Settlement Agreement are included in settlement.

    Mr. Michael T. Grosso, counsel for Defendants, has consented to this request.

    Thank you.

                                                               Sincerely,
                                                              **CRONIN & BERKOWITZ**

                                                              Steven A. Berkowitz

**IT IS SO ORDERED**

                                                           _____
                                                           Hon. Sharon Johnson Coleman, U.S.D.J.