| Last | Last | Wages | Liq. Dmgs | Attrny Fees/Costs |
|---|---|---|---|---|
| Rahila | Abrar | $343.94 | $343.94 | $820.25 |
| marshelle | Agnew | $343.94 | $343.94 | $820.25 |
| Eve | Aguilar | $343.94 | $343.94 | $820.25 |
| Marlene | Akis | $343.94 | $343.94 | $820.25 |
| Sonia | Alford | $343.94 | $343.94 | $820.25 |
| henry o. | Amegatcher | $343.94 | $343.94 | $820.25 |
| janet | amelio | $343.94 | $343.94 | $820.25 |
| Karen | Ammon | $343.94 | $343.94 | $820.25 |
| Mary | Anderson | $343.94 | $343.94 | $820.25 |
| Mark | Andes | $343.94 | $343.94 | $820.25 |
| Iris | Aponte | $343.94 | $343.94 | $820.25 |
| Royann | Armour | $343.94 | $343.94 | $820.25 |
| Leslie | Arney | $343.94 | $343.94 | $820.25 |
| martin e. | Arnold | $343.94 | $343.94 | $820.25 |
| Barbara J | Atkins | $343.94 | $343.94 | $820.25 |
| Luis | Avoroyave | $343.94 | $343.94 | $820.25 |
| Mark | Babbles | $343.94 | $343.94 | $820.25 |
| loelyn pear | bacerra-jor | $343.94 | $343.94 | $820.25 |
| Evelyn | Banks | $343.94 | $343.94 | $820.25 |
| Paulene | Banks (aka | $343.94 | $343.94 | $820.25 |
| Alicia M | Bell | $343.94 | $343.94 | $820.25 |
| Brian | Belva | $343.94 | $343.94 | $820.25 |
| Deena | Benhart Lar | $343.94 | $343.94 | $820.25 |
| Kimberely | Bennett | $343.94 | $343.94 | $820.25 |
| Kenneth | Berg | $343.94 | $343.94 | $820.25 |
| Andrea | Berger | $343.94 | $343.94 | $820.25 |
| Karen | Berger | $343.94 | $343.94 | $820.25 |
| Helen | Bernard | $343.94 | $343.94 | $820.25 |
| ~~Richard~~ | ~~Bernhardt~~ | ~~$343.94~~ | ~~$343.94~~ | ~~$820.25~~ |
| George | Bertone | $343.94 | $343.94 | $820.25 |
| Louis | Bielarczyk | $343.94 | $343.94 | $820.25 |
| Margaret | Bielefeldt | $343.94 | $343.94 | $820.25 |
| Brian R. | Black | $343.94 | $343.94 | $820.25 |
| Dulerio | Blackmon | $343.94 | $343.94 | $820.25 |
| Christa Car | Blewitt | $343.94 | $343.94 | $820.25 |
| Daniell | Bogard | $343.94 | $343.94 | $820.25 |
| Brian | Bolva | $343.94 | $343.94 | $820.25 |
| Jamie | Bonkley | $343.94 | $343.94 | $820.25 |
| Jeanne | Borre | $343.94 | $343.94 | $820.25 |
| Joe | bourhil | $343.94 | $343.94 | $820.25 |
| Ashley | Boyster | $343.94 | $343.94 | $820.25 |
| Linda | Bradshaw | $343.94 | $343.94 | $820.25 |
| Letrina | Brazier | $343.94 | $343.94 | $820.25 |
| Bernadette | Brown | $343.94 | $343.94 | $820.25 |
| Cherry | Brown | $343.94 | $343.94 | $820.25 |
| Jorena | Bruce (aka | $343.94 | $343.94 | $820.25 |

## Revised Exhibit A to Settlement Agreement

| First | Last | | | |
|---|---|---|---|---|
| Jamie | Bunkley | $343.94 | $343.94 | $820.25 |
| cleveland | burnett | $343.94 | $343.94 | $820.25 |
| RoseAnn | Burnett | $343.94 | $343.94 | $820.25 |
| Jessica | Burnett | $343.94 | $343.94 | $820.25 |
| Marcie | Burwell | $343.94 | $343.94 | $820.25 |
| Elizabeth | Byars | $343.94 | $343.94 | $820.25 |
| ~~Cryilla~~ | ~~Byrne~~ | ~~$343.94~~ | ~~$343.94~~ | ~~$820.25~~ |
| Charlene | Caliendo | $343.94 | $343.94 | $820.25 |
| ray | cancino | $343.94 | $343.94 | $820.25 |
| Karen | Cantilena | $343.94 | $343.94 | $820.25 |
| Lee | carini | $343.94 | $343.94 | $820.25 |
| Doug | Carlisle | $343.94 | $343.94 | $820.25 |
| Mary | Carlisle | $343.94 | $343.94 | $820.25 |
| John | Carmickle | $343.94 | $343.94 | $820.25 |
| James | Carroo | $343.94 | $343.94 | $820.25 |
| Susana | Cepeda | $343.94 | $343.94 | $820.25 |
| Carla | Cerasuolo | $343.94 | $343.94 | $820.25 |
| Michelle | Charette | $343.94 | $343.94 | $820.25 |
| Larry | Chatman | $343.94 | $343.94 | $820.25 |
| Alan | Chicola | $343.94 | $343.94 | $820.25 |
| Suzanne | Christensen | $343.94 | $343.94 | $820.25 |
| Donna Jean | Cinbatti (ak | $343.94 | $343.94 | $820.25 |
| Dawnisha | Cliff | $343.94 | $343.94 | $820.25 |
| Dawnastra | Cliff | $343.94 | $343.94 | $820.25 |
| WILLIAM | CLOSSET | $343.94 | $343.94 | $820.25 |
| susan | coady | $343.94 | $343.94 | $820.25 |
| Troy | Collins | $343.94 | $343.94 | $820.25 |
| Claude | Collins | $343.94 | $343.94 | $820.25 |
| Dorothy | Commer | $343.94 | $343.94 | $820.25 |
| Michael | Condinho | $343.94 | $343.94 | $820.25 |
| Lisa | Condinho | $343.94 | $343.94 | $820.25 |
| erica L. | conwell | $343.94 | $343.94 | $820.25 |
| ~~Mark~~ | ~~Cowgill~~ | ~~$343.94~~ | ~~$343.94~~ | ~~$820.25~~ |
| Christa | Crockett | $343.94 | $343.94 | $820.25 |
| ~~Brenda~~ | ~~Crouse~~ | ~~$343.94~~ | ~~$343.94~~ | ~~$820.25~~ |
| rebecca | cruz | $343.94 | $343.94 | $820.25 |
| Nancy | Currie | $343.94 | $343.94 | $820.25 |
| Domica | Dandridge | $343.94 | $343.94 | $820.25 |
| Mark | Dannowitz | $343.94 | $343.94 | $820.25 |
| ~~David~~ | ~~Davies~~ | ~~$343.94~~ | ~~$343.94~~ | ~~$820.25~~ |
| Catherine | Davis | $343.94 | $343.94 | $820.25 |
| ~~Philip~~ | ~~Davis~~ | ~~$343.94~~ | ~~$343.94~~ | ~~$820.25~~ |
| arthur D. | Davis | $343.94 | $343.94 | $820.25 |
| Arthur | Davis | $343.94 | $343.94 | $820.25 |
| Federico | De Leon | $343.94 | $343.94 | $820.25 |
| ~~harry~~ | ~~dellinger~~ | ~~$343.94~~ | ~~$343.94~~ | ~~$820.25~~ |
| Quiney | Dent | $343.94 | $343.94 | $820.25 |

Revised Exhibit A to Settlement Agreement

| First | Last | | | |
|---|---|---|---|---|
| Regina | Dessent | $343.94 | $343.94 | $820.25 |
| Timothy | Dieter | $343.94 | $343.94 | $820.25 |
| Jennifer | Dillon | $343.94 | $343.94 | $820.25 |
| Jasmine | Dixon | $343.94 | $343.94 | $820.25 |
| Patrice | Dixon (aka | $343.94 | $343.94 | $820.25 |
| Magnolia | Dominguez | $343.94 | $343.94 | $820.25 |
| A.D. | Dougles | $343.94 | $343.94 | $820.25 |
| Michelle | Dugan | $343.94 | $343.94 | $820.25 |
| Sandra | Dunn | $343.94 | $343.94 | $820.25 |
| Shelly | Durham | $343.94 | $343.94 | $820.25 |
| Josh | Earl | $343.94 | $343.94 | $820.25 |
| Shari | Earl | $343.94 | $343.94 | $820.25 |
| Shirley | Echols | $343.94 | $343.94 | $820.25 |
| Alana | Emert | $343.94 | $343.94 | $820.25 |
| Alana | Emert | $343.94 | $343.94 | $820.25 |
| Juan | Espinoza | $343.94 | $343.94 | $820.25 |
| Catherine | Essien | $343.94 | $343.94 | $820.25 |
| Prince | Eubanks | $343.94 | $343.94 | $820.25 |
| Glenn | Evers | $343.94 | $343.94 | $820.25 |
| Elizabet | Fairlee | $343.94 | $343.94 | $820.25 |
| John | Fazzini | $343.94 | $343.94 | $820.25 |
| Susie | Ferrell | $343.94 | $343.94 | $820.25 |
| Susanne | Folton (aka | $343.94 | $343.94 | $820.25 |
| cecil | Forman | $343.94 | $343.94 | $820.25 |
| Demetrice | Fort | $343.94 | $343.94 | $820.25 |
| Edward | Fort | $343.94 | $343.94 | $820.25 |
| Lynette | Fowler | $343.94 | $343.94 | $820.25 |
| Tawanda | Franklin | $343.94 | $343.94 | $820.25 |
| Annette | Frazier | $343.94 | $343.94 | $820.25 |
| Ralph | Fredericksc | $343.94 | $343.94 | $820.25 |
| gordon | fry | $343.94 | $343.94 | $820.25 |
| Timothy | Funk | $343.94 | $343.94 | $820.25 |
| yoshi | furuichi | $343.94 | $343.94 | $820.25 |
| leticia | galicia | $343.94 | $343.94 | $820.25 |
| Caralina | Gallado | $343.94 | $343.94 | $820.25 |
| Louis | Gallardo | $343.94 | $343.94 | $820.25 |
| Jose L. | Galvez | $343.94 | $343.94 | $820.25 |
| Kathleen | Ganch | $343.94 | $343.94 | $820.25 |
| Maria | Garcia | $343.94 | $343.94 | $820.25 |
| Ashley | Gardono | $343.94 | $343.94 | $820.25 |
| Jeri | Gentry | $343.94 | $343.94 | $820.25 |
| Thomas | Giese | $343.94 | $343.94 | $820.25 |
| josefina L. | gonzalez | $343.94 | $343.94 | $820.25 |
| dana | goodman | $343.94 | $343.94 | $820.25 |
| Laurie | Goray | $343.94 | $343.94 | $820.25 |
| Shamonla | Graves (aka | $343.94 | $343.94 | $820.25 |
| Tykia | Green | $343.94 | $343.94 | $820.25 |

Revised Exhibit A to Settlement Agreement

| First | Last | | | |
|---|---|---|---|---|
| rochelle | grossley | $343.94 | $343.94 | $820.25 |
| Robert | Guiborat (a | $343.94 | $343.94 | $820.25 |
| ~~Muhamma~~ | ~~Gurmani~~ | ~~$343.94~~ | ~~$343.94~~ | ~~$820.25~~ |
| Robert | Hacker | $343.94 | $343.94 | $820.25 |
| Charlse | Halsey | $343.94 | $343.94 | $820.25 |
| Marilyn | Hammond | $343.94 | $343.94 | $820.25 |
| Lashauna | Hardy | $343.94 | $343.94 | $820.25 |
| Lolita | Harris | $343.94 | $343.94 | $820.25 |
| thomas | Harris | $343.94 | $343.94 | $820.25 |
| Michael | Harrison | $343.94 | $343.94 | $820.25 |
| Heather | Harver (aka | $343.94 | $343.94 | $820.25 |
| Tommy | Harvey | $343.94 | $343.94 | $820.25 |
| Michelle Jo | Hayes | $343.94 | $343.94 | $820.25 |
| Robert | Hayes | $343.94 | $343.94 | $820.25 |
| Thomas | Hayes | $343.94 | $343.94 | $820.25 |
| Cindy | Haynes | $343.94 | $343.94 | $820.25 |
| Brian | Hecker | $343.94 | $343.94 | $820.25 |
| charlene | helgren | $343.94 | $343.94 | $820.25 |
| ~~Cheryl~~ | ~~Henrickson~~ | ~~$343.94~~ | ~~$343.94~~ | ~~$820.25~~ |
| Rolando | Henry | $343.94 | $343.94 | $820.25 |
| Steven | Hersch | $343.94 | $343.94 | $820.25 |
| Steven | Hessler | $343.94 | $343.94 | $820.25 |
| Theresa | Hickey (Wa | $343.94 | $343.94 | $820.25 |
| Melanie | Hicks | $343.94 | $343.94 | $820.25 |
| Leberth | Highes (aka | $343.94 | $343.94 | $820.25 |
| Reginald | Hill | $343.94 | $343.94 | $820.25 |
| Anthony | Hopson | $343.94 | $343.94 | $820.25 |
| Mary | Houston | $343.94 | $343.94 | $820.25 |
| Heidi | Humiston | $343.94 | $343.94 | $820.25 |
| Sharity | Humphrey | $343.94 | $343.94 | $820.25 |
| Amy Hunt | Hunt | $343.94 | $343.94 | $820.25 |
| Mark | Hunter | $343.94 | $343.94 | $820.25 |
| Michael | Infusino | $343.94 | $343.94 | $820.25 |
| Dale | Ingraham | $343.94 | $343.94 | $820.25 |
| Cassandra | Jackson | $343.94 | $343.94 | $820.25 |
| Peter | Jensen | $343.94 | $343.94 | $820.25 |
| Ruth | Jewsbury | $343.94 | $343.94 | $820.25 |
| Rosita | Jimoh | $343.94 | $343.94 | $820.25 |
| Tammy | Johnson | $343.94 | $343.94 | $820.25 |
| Jermaine | Johnson | $343.94 | $343.94 | $820.25 |
| Dale | Johnson | $343.94 | $343.94 | $820.25 |
| ~~Saadia~~ | ~~Jones~~ | ~~$343.94~~ | ~~$343.94~~ | ~~$820.25~~ |
| Willie | Jones | $343.94 | $343.94 | $820.25 |
| Carolyn An | Jones | $343.94 | $343.94 | $820.25 |
| ~~alfonso~~ | ~~jones~~ | ~~$343.94~~ | ~~$343.94~~ | ~~$820.25~~ |
| Cheryl | Jones | $343.94 | $343.94 | $820.25 |
| Kendall | Joplin | $343.94 | $343.94 | $820.25 |

Revised Exhibit A to Settlement Agreement

| First Name | Last Name | | | |
|---|---|---|---|---|
| Jeanne | Junkas | $343.94 | $343.94 | $820.25 |
| Kenneth | Katzberg | $343.94 | $343.94 | $820.25 |
| Sandra | Keggett | $343.94 | $343.94 | $820.25 |
| Edward | Kill | $343.94 | $343.94 | $820.25 |
| gary | kim | $343.94 | $343.94 | $820.25 |
| Donald | King | $343.94 | $343.94 | $820.25 |
| wahen c. | king | $343.94 | $343.94 | $820.25 |
| Janet | Klepacki | $343.94 | $343.94 | $820.25 |
| LuAnne | Knutson | $343.94 | $343.94 | $820.25 |
| Robert | Koch | $343.94 | $343.94 | $820.25 |
| patricia | kopping | $343.94 | $343.94 | $820.25 |
| Marcia | Korman | $343.94 | $343.94 | $820.25 |
| CHARLES E. | KREML | $343.94 | $343.94 | $820.25 |
| maria | kubczak | $343.94 | $343.94 | $820.25 |
| Jon | La Bree | $343.94 | $343.94 | $820.25 |
| Angela Kay | Langford | $343.94 | $343.94 | $820.25 |
| Willard | Large (aka | $343.94 | $343.94 | $820.25 |
| ~~Terence~~ | ~~Lavin~~ | ~~$343.94~~ | ~~$343.94~~ | ~~$820.25~~ |
| Quiana | Lea'Vell (ak | $343.94 | $343.94 | $820.25 |
| Sandra | Leggett | $343.94 | $343.94 | $820.25 |
| Fatimah | Leuerette ( | $343.94 | $343.94 | $820.25 |
| Dennis | Levy | $343.94 | $343.94 | $820.25 |
| Helen | Licko | $343.94 | $343.94 | $820.25 |
| Roger | Liss | $343.94 | $343.94 | $820.25 |
| Judy | Logsdon | $343.94 | $343.94 | $820.25 |
| Charles | Logsdon | $343.94 | $343.94 | $820.25 |
| ~~Dorothy~~ | ~~Lommer~~ | ~~$343.94~~ | ~~$343.94~~ | ~~$820.25~~ |
| Dawnesha | Lopez | $343.94 | $343.94 | $820.25 |
| Richard | Lorenz | $343.94 | $343.94 | $820.25 |
| Scott | lowry | $343.94 | $343.94 | $820.25 |
| Catherine | Mack | $343.94 | $343.94 | $820.25 |
| Lilly | Magnussor | $343.94 | $343.94 | $820.25 |
| Phyllis | Mallard | $343.94 | $343.94 | $820.25 |
| Melvin | Mallernee | $343.94 | $343.94 | $820.25 |
| Trina | Malone | $343.94 | $343.94 | $820.25 |
| sheila A | maraffino | $343.94 | $343.94 | $820.25 |
| jose a. | marrero | $343.94 | $343.94 | $820.25 |
| Eugenia | Martin | $343.94 | $343.94 | $820.25 |
| douglas | Massoth | $343.94 | $343.94 | $820.25 |
| Patricia | Mast | $343.94 | $343.94 | $820.25 |
| Janet | matthews | $343.94 | $343.94 | $820.25 |
| Ronald | Mattoo (al | $343.94 | $343.94 | $820.25 |
| robert k | mayer | $343.94 | $343.94 | $820.25 |
| James | McCauley ( | $343.94 | $343.94 | $820.25 |
| Monica | McGrone | $343.94 | $343.94 | $820.25 |
| John | McKinley II | $343.94 | $343.94 | $820.25 |
| Edward | McLean | $343.94 | $343.94 | $820.25 |

Revised Exhibit A to Settlement Agreement

| | | | | |
|---|---|---|---|---|
| Thomas | Meadows | $343.94 | $343.94 | $820.25 |
| ~~shannon~~ | ~~Meyer~~ | ~~$343.94~~ | ~~$343.94~~ | ~~$820.25~~ |
| Stephanie | Meyers | $343.94 | $343.94 | $820.25 |
| Francis | Milhone | $343.94 | $343.94 | $820.25 |
| Briggett | Mitchell-M | $343.94 | $343.94 | $820.25 |
| corrie s | moen | $343.94 | $343.94 | $820.25 |
| Byron | Moffit | $343.94 | $343.94 | $820.25 |
| Faith | Moffitt | $343.94 | $343.94 | $820.25 |
| april | montecino: | $343.94 | $343.94 | $820.25 |
| yolanda | moore | $343.94 | $343.94 | $820.25 |
| Pamela | morgan | $343.94 | $343.94 | $820.25 |
| ~~cathleen j~~ | ~~morton~~ | ~~$343.94~~ | ~~$343.94~~ | ~~$820.25~~ |
| Robert | Moses | $343.94 | $343.94 | $820.25 |
| Della | Mthomas ( | $343.94 | $343.94 | $820.25 |
| john | murphy | $343.94 | $343.94 | $820.25 |
| Brenda | Murry (aka | $343.94 | $343.94 | $820.25 |
| Wayne m | Myers | $343.94 | $343.94 | $820.25 |
| Francis | Netty | $343.94 | $343.94 | $820.25 |
| Moselle | Newberne | $343.94 | $343.94 | $820.25 |
| hung | ngyuen | $343.94 | $343.94 | $820.25 |
| Mary | Niemezyk | $343.94 | $343.94 | $820.25 |
| Andrea | Norris | $343.94 | $343.94 | $820.25 |
| Dana | Nourie | $343.94 | $343.94 | $820.25 |
| edward r. | odzga | $343.94 | $343.94 | $820.25 |
| Marian | olander | $343.94 | $343.94 | $820.25 |
| Patricia | Ortwerth | $343.94 | $343.94 | $820.25 |
| Richard | Ortwerth | $343.94 | $343.94 | $820.25 |
| joanna | palencia | $343.94 | $343.94 | $820.25 |
| Donna | Panozzo | $343.94 | $343.94 | $820.25 |
| Patricia | Panozzu (al | $343.94 | $343.94 | $820.25 |
| Deepak | patel | $343.94 | $343.94 | $820.25 |
| jennifer | patt | $343.94 | $343.94 | $820.25 |
| Marshane | Patterson | $343.94 | $343.94 | $820.25 |
| kenneth | payton | $343.94 | $343.94 | $820.25 |
| Richard | peabody | $343.94 | $343.94 | $820.25 |
| Beverly | pena | $343.94 | $343.94 | $820.25 |
| Juanita | Perry | $343.94 | $343.94 | $820.25 |
| Patrick | Petersen | $343.94 | $343.94 | $820.25 |
| Joanne | pezewski | $343.94 | $343.94 | $820.25 |
| Lynda | Phillips | $343.94 | $343.94 | $820.25 |
| Cheryl | Pickett | $343.94 | $343.94 | $820.25 |
| Fred | Polacek | $343.94 | $343.94 | $820.25 |
| Jessica | Poole | $343.94 | $343.94 | $820.25 |
| Dorothy | Poole | $343.94 | $343.94 | $820.25 |
| vernon L. | poole | $343.94 | $343.94 | $820.25 |
| Jessica | Poor | $343.94 | $343.94 | $820.25 |
| David | Pope | $343.94 | $343.94 | $820.25 |

Revised Exhibit A to Settlement Agreement

| | | | | |
|---|---|---|---|---|
| Irving | Porter | $343.94 | $343.94 | $820.25 |
| Kristen | Powell | $343.94 | $343.94 | $820.25 |
| Paul | Puccini | $343.94 | $343.94 | $820.25 |
| Barbara | Quinn | $343.94 | $343.94 | $820.25 |
| Javier | Ramos Jr. | $343.94 | $343.94 | $820.25 |
| Kevin | Rayford | $343.94 | $343.94 | $820.25 |
| Sandra | Rayford | $343.94 | $343.94 | $820.25 |
| Louis A. | Readus | $343.94 | $343.94 | $820.25 |
| Jeanetta | Reece | $343.94 | $343.94 | $820.25 |
| Tracey | Regal | $343.94 | $343.94 | $820.25 |
| Pam | Rein | $343.94 | $343.94 | $820.25 |
| Gary | Ricciarelli | $343.94 | $343.94 | $820.25 |
| Margaret | Rios- Guest | $343.94 | $343.94 | $820.25 |
| Luis | Rivera | $343.94 | $343.94 | $820.25 |
| Donna | Rizza | $343.94 | $343.94 | $820.25 |
| Tara | Robinson | $343.94 | $343.94 | $820.25 |
| Cleora | Robinson | $343.94 | $343.94 | $820.25 |
| Chantel | Robinson | $343.94 | $343.94 | $820.25 |
| Robbi | Robinson | $343.94 | $343.94 | $820.25 |
| karen | robinson | $343.94 | $343.94 | $820.25 |
| Sally A | Roddy | $343.94 | $343.94 | $820.25 |
| Melissa M. | Rodriguez | $343.94 | $343.94 | $820.25 |
| William | Rogers | $343.94 | $343.94 | $820.25 |
| David | rosenberg | $343.94 | $343.94 | $820.25 |
| Zeline | Ross | $343.94 | $343.94 | $820.25 |
| Bonnie | Rotan | $343.94 | $343.94 | $820.25 |
| Penny | Samon | $343.94 | $343.94 | $820.25 |
| Jerry | Sanowski (a | $343.94 | $343.94 | $820.25 |
| George | Sargent | $343.94 | $343.94 | $820.25 |
| Sondra | Sass (aka Sa | $343.94 | $343.94 | $820.25 |
| Antoinette | Scafidi | $343.94 | $343.94 | $820.25 |
| Frances | Schlosser | $343.94 | $343.94 | $820.25 |
| Kurt | Schmidt | $343.94 | $343.94 | $820.25 |
| William | schoedel | $343.94 | $343.94 | $820.25 |
| jann | schrader | $343.94 | $343.94 | $820.25 |
| George | Schroeder | $343.94 | $343.94 | $820.25 |
| Thomas | Shelton | $343.94 | $343.94 | $820.25 |
| Robert | Shelton | $343.94 | $343.94 | $820.25 |
| Rosita | Simoh | $343.94 | $343.94 | $820.25 |
| Merickia | Singer | $343.94 | $343.94 | $820.25 |
| Ron | Smart | $343.94 | $343.94 | $820.25 |
| Laverne | Smith | $343.94 | $343.94 | $820.25 |
| Elizabeth | Smith | $343.94 | $343.94 | $820.25 |
| Mary | Smith | $343.94 | $343.94 | $820.25 |
| Annette | Smith | $343.94 | $343.94 | $820.25 |
| Shameka | Smith | $343.94 | $343.94 | $820.25 |
| Arlisa | Snell | $343.94 | $343.94 | $820.25 |

# Revised Exhibit A to Settlement Agreement

| First | Last | | | |
|---|---|---|---|---|
| Miriam | Soltes | $343.94 | $343.94 | $820.25 |
| Sandra | Sorrell | $343.94 | $343.94 | $820.25 |
| Samantha | Southerlan | $343.94 | $343.94 | $820.25 |
| Darlene | Sowell | $343.94 | $343.94 | $820.25 |
| Tammy | Spears | $343.94 | $343.94 | $820.25 |
| Joy | Spellman | $343.94 | $343.94 | $820.25 |
| Thomas | Spencer | $343.94 | $343.94 | $820.25 |
| Angie | Starnes | $343.94 | $343.94 | $820.25 |
| Gerald | Steadman | $343.94 | $343.94 | $820.25 |
| Nancy | Stevenson | $343.94 | $343.94 | $820.25 |
| Deborah | Strnad (aka | $343.94 | $343.94 | $820.25 |
| jinne | strong-wes | $343.94 | $343.94 | $820.25 |
| Tracy | strzewski | $343.94 | $343.94 | $820.25 |
| Muhamma | Surmani | $343.94 | $343.94 | $820.25 |
| David | Sutton | $343.94 | $343.94 | $820.25 |
| Michelle | tate | $343.94 | $343.94 | $820.25 |
| Valorie | Temples | $343.94 | $343.94 | $820.25 |
| Sharon | Thigpen | $343.94 | $343.94 | $820.25 |
| Ruby J. | Thomas | $343.94 | $343.94 | $820.25 |
| James | Thompson | $343.94 | $343.94 | $820.25 |
| charles | throneburg | $343.94 | $343.94 | $820.25 |
| Kristine | Toigo | $343.94 | $343.94 | $820.25 |
| Linda | Transou (al | $343.94 | $343.94 | $820.25 |
| Lujuana | Treadwell | $343.94 | $343.94 | $820.25 |
| Ken | Triphahn | $343.94 | $343.94 | $820.25 |
| Noeleen | Tucker | $343.94 | $343.94 | $820.25 |
| Stephanie | Turner | $343.94 | $343.94 | $820.25 |
| kyle a. | underwood | $343.94 | $343.94 | $820.25 |
| diane c | ungeran | $343.94 | $343.94 | $820.25 |
| Carol | Vespo | $343.94 | $343.94 | $820.25 |
| Bernard | Villanueva | $343.94 | $343.94 | $820.25 |
| bryant | waites | $343.94 | $343.94 | $820.25 |
| Clifford | Walin | $343.94 | $343.94 | $820.25 |
| daisy | walker | $343.94 | $343.94 | $820.25 |
| Suzette | Walker | $343.94 | $343.94 | $820.25 |
| Yolanda | Wallace | $343.94 | $343.94 | $820.25 |
| Lilian M | wallace | $343.94 | $343.94 | $820.25 |
| Takesha | Walters | $343.94 | $343.94 | $820.25 |
| Charles | Walton | $343.94 | $343.94 | $820.25 |
| Thelma | Warr | $343.94 | $343.94 | $820.25 |
| Richard L | Welch | $343.94 | $343.94 | $820.25 |
| Ronald | West | $343.94 | $343.94 | $820.25 |
| Timothy R | Weszelits | $343.94 | $343.94 | $820.25 |
| Devetta | White | $343.94 | $343.94 | $820.25 |
| Diana | White | $343.94 | $343.94 | $820.25 |
| Joe | White | $343.94 | $343.94 | $820.25 |
| Bonnie | White | $343.94 | $343.94 | $820.25 |

# Revised Exhibit A to Settlement Agreement

| First Name | Last Name | | | |
|---|---|---|---|---|
| Tina | Widd | $343.94 | $343.94 | $820.25 |
| Jason | young | $343.94 | $343.94 | $820.25 |
| LaToya | Williams | $343.94 | $343.94 | $820.25 |
| Minnie Pea | Williams | $343.94 | $343.94 | $820.25 |
| James A. | Williams | $343.94 | $343.94 | $820.25 |
| erica D | willman | $343.94 | $343.94 | $820.25 |
| Sue | Wittke | $343.94 | $343.94 | $820.25 |
| Lillie | Woods | $343.94 | $343.94 | $820.25 |
| William | Woods JR | $343.94 | $343.94 | $820.25 |
| Dorothy | Woolington | $343.94 | $343.94 | $820.25 |
| Sandra | Wright | $343.94 | $343.94 | $820.25 |
| Roland | Wrst | $343.94 | $343.94 | $820.25 |
| Summera | Xasin | $343.94 | $343.94 | $820.25 |
| sheree | xifaras | $343.94 | $343.94 | $820.25 |
| samuel L. | yates | $343.94 | $343.94 | $820.25 |
| Lynda | Youan (Lyn | $343.94 | $343.94 | $820.25 |
| Andrea | Young | $343.94 | $343.94 | $820.25 |
| Edna | Young | $343.94 | $343.94 | $820.25 |
| Kimberly | young | $343.94 | $343.94 | $820.25 |
| Lawrence | Young | $343.94 | $343.94 | $820.25 |
| claudis | younh | $343.94 | $343.94 | $820.25 |
| Charles | Zezulak | $343.94 | $343.94 | $820.25 |
| Myranda | Zinger | $343.94 | $343.94 | $820.25 |
| Paula | Ziolko | $343.94 | $343.94 | $820.25 |
| Gonzalo G. | Zuniga (aka | $343.94 | $343.94 | $820.25 |

Revised Exhibit A to Settlement Agreement

**List of 15 Plaintiffs whose Consent forms were filed but not listed on circulated spreadsheet**

| First Name | Last Name | Wages | Liq. Dmgs | Attorney Fees/Costs |
|---|---|---|---|---|
| Vicky | Atkins | $343.94 | $343.94 | $820.25 |
| Mirna Elizabeth | Betancourt | $343.94 | $343.94 | $820.25 |
| Robert | Cotton | $343.94 | $343.94 | $820.25 |
| Stacie | Dalton | $343.94 | $343.94 | $820.25 |
| Kimberly | Grant | $343.94 | $343.94 | $820.25 |
| Sandra | Hooper | $343.94 | $343.94 | $820.25 |
| Janet | Horine | $343.94 | $343.94 | $820.25 |
| Mark | Horine | $343.94 | $343.94 | $820.25 |
| Donna | Jones | $343.94 | $343.94 | $820.25 |
| Trena | Kelley | $343.94 | $343.94 | $820.25 |
| Samantha | Lambros | $343.94 | $343.94 | $820.25 |
| Barbara | Lesiak | $343.94 | $343.94 | $820.25 |
| Carmelita | Magsby | $343.94 | $343.94 | $820.25 |
| Christine | Sims | $343.94 | $343.94 | $820.25 |
| Laura | Stowell | $343.94 | $343.94 | $820.25 |

# Revised Exhibit A to Settlement Agreement