# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Thomas Spencer, et al., | ) | No.  15-cv-9069 |
| | ) | Judge Sharon Johnson Coleman |
| Plaintiffs, | ) | Magistrate Judge Maria Valdez |
| | ) | |
| vs. | ) | |
| | ) | |
| First Student Management, LLC and First Student, Inc., | ) | |
| | ) | |
| Defendants, | ) | |

## ORDER OF DISMISSAL AS TO 15 PLAINTIFFS

Considering the joint request for dismissal of 15 Plaintiffs:

**IT IS HEREBY ORDERED**, that the following Plaintiffs are now dismissed without prejudice:

Richard Bernhardt, Cyrilla Byrne, Mark Cowgill, Brenda Crouse, David Davis, Philip Davis, Harry Dellinger, Muhammad Gurmani, Cheryl Hendrickson, Saadia Jones, Alfonso Jones, Terence Lavin, Dorothy Lommer, Shannon Meyer, Cathleen Morton.

Northern District of Illinois – Eastern Division this 14th day of August 2019.

_____
Sharon Johnson Coleman
U.S. District Court Judge